## RECONSIDERATION OF PRIOR DECISIONS

**1999–0395.   State v. Myers.**
Greene App. No. 96CA38. Reported at 97 Ohio St.3d 335, 2002-Ohio-6658, 780 N.E.2d 186. On motion for reconsideration. Motion denied.

**1999–0905.   State v. Smith.**
Richland C.P. No. 98CR601D. Reported at 97 Ohio St.3d 367, 2002-Ohio-6659, 780 N.E.2d 221. On motion for reconsideration. Motion denied.

**2002–0672.   State ex rel. Stacy v. Batavia Local School Dist. Bd. of Edn.**
Clermont App. No. CA2000–10–077. Reported at 97 Ohio St.3d 269, 2002-Ohio-6322, 779 N.E.2d 216. On motion for reconsideration. Motion denied.

**2002–1624.   Dalton v. Wilson.**
Franklin App. No. 01AP–1014, 2002-Ohio-4015. Reported at 97 Ohio St.3d 1485, 2002-Ohio-6866, 780 N.E.2d 288. On motion for reconsideration. Motion denied.
MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

[Cite as *01/03/2003 Case Announcements*, 2003-Ohio-6.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 3, 2003*

## RECONSIDERATION OF PRIOR DECISIONS

**2002–1538.   Gertz v. Nerone & Sons, Inc.**
Cuyahoga App. No. 80422, 2002-Ohio-3782. Reported at 97 Ohio St.3d 1482, 2002-Ohio-6866, 780 N.E.2d 286. On motion for reconsideration. Motion denied.
DOUGLAS, J., participated in the decision of this motion before his retirement.

## DISCIPLINARY CASES

**2002–2149.   Stark Cty. Bar Assn. v. Hare.**
Upon consideration of the motion filed by counsel for respondent for leave to withdraw as counsel and the motion for extension of time to file objections,

IT IS ORDERED by the court that the motions be, and hereby are, granted.

IT IS FURTHER ORDERED by the court that, pursuant to S.Ct.Prac.R. XIV(3), respondent's objections and brief in support shall be filed on or before January 21, 2003.